**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CRAIG CUNNINGHAM, an Individual ) | |
| ) | Case No.: 18-cv-682 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NIAGARA RESTITUTION SERVICES, INC. ) | |
| YAMAL RAMIREZ ) | |
| JOHN/JANE DOES 1-5 ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SETTLEMENT**

Defendants Niagara Restitution Services, Inc. and Yamal Ramirez, by and through their undersigned counsel, hereby inform the Court that a settlement has been reached in the above matter. The parties are finalizing the terms of the settlement and Defendants anticipate that the parties will be in a position to file a stipulation of discontinuance in 60 days.

DATED:     May 7, 2019

/s Brendan H. Little
Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman LLP
Attorneys for Defendants
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com