**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

CRAIG CUNNINGHAM, an Individual          )
                                         )          Case No.: 18-cv-682
     Plaintiff,                         )
                                         )
v.                                       )
                                         )
NIAGARA RESTITUTION SERVICES, INC.       )
YAMAL RAMIREZ                            )
JOHN/JANE DOES 1-5                       )
                                         )
     Defendant.                         )
_____  )

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and

Defendants voluntarily dismiss, with prejudice, their respective claims in the subject action

against the adverse party with each party to bear its respective attorneys' fees and costs incurred

in this action.

DATED:          July 22, 2019


/s Brendan H. Little                              /s Craig Cunningham (with consent)
Brendan H. Little, Esq.                           Craig Cunningham, Pro Se
Lippes Mathias Wexler Friedman LLP
Attorneys for Defendant
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
blittle@lippes.com