# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | Civil Action No.  4:18-CV-00682 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| NIAGARA RESTITUTION SERVICES, | § | |
| INC., ET AL. | § | |

## ORDER OF DISMISSAL

Came on to be considered this day Plaintiff's "Motion to Dismiss with Prejudice" (Dkt. #55) and the Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. #56), wherein the Parties advise that "pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants voluntarily dismiss, with prejudice, their respective claims" (Dkt. #56).  The Court, having considered the Motion to Dismiss and Joint Stipulation of Dismissal, determines that each should be **GRANTED**. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Dismiss with Prejudice (Dkt. #55) and the Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. #56) are each granted in full.  The Court finds that all matters in controversy between the Parties have been fully and finally resolved and settled between Plaintiff and Defendants, and that the above-entitled and numbered action should be **DISMISSED WITH PREJUDICE** to refiling in any form pursuant to Fed. R. Civ. P. 41(a).  It is further,

**ORDERED, ADJUDGED, AND DECREED** that each Party shall bear his or its own costs and attorney's fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED this 25th day of July, 2019.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE